IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC.,<br>T-MOBILE USA, INC. F/K/A<br>METROPCS COMMUNICATIONS, INC.<br>and F/K/A METROPCS WIRELESS, INC.,<br>and METROPCS TEXAS, LCC,<br><br>    Defendants. | C. A. No. 4:17-cv-00567-ALM<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Michael J. Newton, enters his appearance in the above referenced proceedings for Defendants T-Mobile US, Inc., T-Mobile USA, Inc. and MetroPCS Texas, LLC (collectively "T-Mobile"). T-Mobile respectfully requests that the Court take note of this Notice of Appearance and make Michael J. Newton lead counsel of record in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Michael J. Newton at the address set forth below.

Dated:  October 3, 2017

Respectfully submitted,

*/s/ Michael J. Newton*
Michael J. Newton (TX Bar No. 24003844)
**ALSTON & BIRD LLP**
2800 N. Harwood St., Suite 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
Email: mike.newton@alston.com

Melissa Richard Smith (TX Bar No. 24001351)
**GILLAM & SMITH LLP**
303 South Washington Ave
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants T-Mobile US, Inc.,
T-Mobile USA, Inc. and MetroPCS Texas, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via electronic mail on October 3, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael J. Newton*
Michael J. Newton
