**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MOBILITY WORKX, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | **Civil Action No. 4:17-CV-567-ALM** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **T-MOBILE US, INC.,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Plaintiff's Mobilty Workx, LLC and Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and MetroPCS Texas LLC ("Parties") Joint Motion for Extension of Time as to certain deadlines set out in the Court's Scheduling Order (Dkt. #28). After reviewing the joint motion, the Court is of the opinion that said joint motion should be GRANTED in its entirety.

IT IS ORDERED that the Parties deadlines are extended as follows:

| | |
|---|---|
| May 10, 2018 | Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| March 9, 2018 | Parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112, ¶ 6 (P.R. 4-1). |

**SIGNED this 28th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE