UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC.,<br>T-MOBILE USA, INC.<br>  F/K/A METROPCS<br>    COMMUNICATIONS, INC. and<br>    F/K/A METROPCS WIRELESS, INC.,<br>  and<br>METROPCS TEXAS LLC,<br><br>          Defendants. | Civil Action No. 4:17-cv-00567-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER DISMISSING WITH PREJUDICE

The Court has received the Joint Stipulation to Dismiss by Plaintiff Mobility Workx, LLC and Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and MetroPCS Texas LLC.  Having considered the Parties' Stipulation and good cause appearing, the Stipulation is hereby GRANTED.  Accordingly, IT IS ORDERED that all claims for relief by Plaintiff against Defendants are dismissed with prejudice, and all counterclaims for relief asserted by Defendants against Plaintiff are dismissed with prejudice.  Each Party shall bear its own costs and attorneys' fees incurred in this action.

All relief not previously granted is hereby denied.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**
**SIGNED this 3rd day of December, 2018.**

_____
AMOS L. MAZZANT